JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN SHANDALE BELL, | ) | Case No. CV 11-10404-JFW (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| WARDEN TRIMBLE, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 16, 2013

                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE