JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN SHANDALE BELL,                  ) Case No. CV 11-10404-JFW (DTB)
                                       )
                    Petitioner,        )
                                       )
          vs.                          ) **J U D G M E N T**
                                       )
WARDEN TRIMBLE, Warden,                )
                                       )
                    Respondent.        )
                                       )
_____       )

          Pursuant to the Order Accepting Findings, Conclusions and Recommendations
of United States Magistrate Judge,

          IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 16, 2013

                                        _____
                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

1